# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2440

_____

Gary L. Smith,      *

           *

      Appellant,     *

           *   Appeal from the United States

    v.           *   District Court for the

           *   Eastern District of Missouri.

Molly Lancaster; Oprah Winfrey;    *

Harpo Productions, Inc.,      *   [UNPUBLISHED]

           *

      Appellees.     *

_____

Submitted: June 23, 2006
Filed: June 28, 2006

_____

Before ARNOLD, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Gary Lee Smith appeals the district court's[1] orders dismissing Molly Lancaster and granting summary judgment in favor of Oprah Winfrey and Harpo Productions in his defamation and copyright-infringement action. After de novo review, see Kasper v. Federated Mut. Ins. Co., 425 F.3d 496, 502 (8th Cir. 2005) (summary judgment); Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam)

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

(dismissal), we conclude the dismissal and grant of summary judgment were proper. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____